UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Brenton L. Coffield                :            Case #: 04-62580

                                                              :            Chapter 13

                                                              :            Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: June 22, 2010                         /s/ Frank M. Pees_____
                                                            Frank M. Pees
                                                            Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| BRENTON L COFFIELD<br>4204 STONECREEK LN<br>WASHIINGTON PA 15301 | $600.20 |